IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACQUELINE P. MATTHIES,

      Plaintiff,                                 Case No.  CIV-S-05-0820 DFL GGH

      vs.

JO ANNE BARNHART,                             <u>ORDER</u>
Commissioner of Social Security,

      Defendant.

_____/

      On May 24, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  No objections have been filed.

      This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982).  As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law.  <u>See</u> <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

\\\\\

1

reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

       The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

       1.  The Proposed Findings and Recommendations filed May 24, 2005. are ADOPTED;

       2.  Plaintiff's application to proceed in forma pauperis is DENIED;[1] and

       3.  The Clerk's Office is directed to send out the scheduling order for social security cases.

DATED: 11/11/2005

                                                              DAVID F. LEVI
                                                             United States District Judge

---

[1] On May 27, 2005, plaintiff submitted the filing fee.