IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACQUELINE P. MATTHIES,

    Plaintiff,    No. CIV S-05-0820 DFL GGH

    vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendants.    ORDER TO SHOW CAUSE

_____/

    On November 14, 2005, a scheduling order was filed in this case.  Pursuant to this order, plaintiff was to complete service of process within 20 days from the filed date of the complaint.  The court has not received a proof of service showing that the defendant has been served.

    THEREFORE, plaintiff is ordered to show cause, within twenty (20) days, why this case should not be dismissed for failure to serve.  Fed. R. Civ. P. 4(m).

DATED: 4/5/06

                    /s/ Gregory G. Hollows

                    UNITED STATES MAGISTRATE JUDGE

Matthies.ord