IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACQUELINE P. MATTHIES,

        Plaintiff,                No. CIV S-05-0820 DFL GGH

    vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

        Defendants.          <u>ORDER</u>

_____/

        On April 5, 2006, this court issued an order to show cause why this case should not be dismissed for failure to serve process pursuant to the November 14, 2005, scheduling order. On April 20, 2006, plaintiff's counsel filed a response indicating that service was effected on April 18, 2006, and explaining that due to staffing problems the scheduling order was accidentally overlooked. Plaintiff's response is satisfactory.

        THEREFORE, the order to show cause, filed April 5, 2006, is discharged.

DATED: 4/25/06

                                            /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

Matthies820.dch

1