1  RICK PEASLEY, ESQ.
   St. Bar No. 48453
2  Attorney at Law
   164 Maple Street, Suite 4
3  Auburn, California 95603
   (530) 885-3300
4  FAX: (530) 885-2588

5  Attorney for Plaintiff

**FILED**

SEP 2 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE P. MATTHIES<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>　　　　Defendant. | Civil Action No:<br>CIV-S-05-0820-DFL-GGH<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the permission of the Court as indicated below, that the plaintiff's time to file a Motion for Summary Judgment is hereby extended from the present due date of on or about September 1, 2006 to November 1, 2006.

This is the first extension requested.

DATED: September 21, 2006

_____
RICK PEASLEY, Attorney for Plaintiff

DATED: September 21, 2006

McGREGOR W. SCOTT
United States Attorney

By: _____
BOBBIE J. MONTOYA
Assistant U.S. Attorney
Attorneys for Defendant

```
 1  OF COUNSEL:

 2  JANICE L. WALLI
     Chief Counsel, Region IX
     ELIZABETH NOTEWARE
 3   Assistant Regional Counsel
     Office of the General Counsel
 4   U.S. Social Security Administration

 5

 6                                          ORDER

 7  APPROVED AND SO ORDERED:

 8  DATED: Sept. 22, 2006
                                            GREGORY G. HOLLOWS
 9
                                            UNITED STATES MAGISTRATE JUDGE
10
```

TOTAL P.03