IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE P. MATTHIES,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,[1] Commissioner of Social Security,<br><br>    Defendant. | No. 2:05-cv-00820-JKS-GGH<br><br>JUDGMENT |

  This matter having been submitted to the Court for decision and the Court having entered its order of even date herewith disposing of all issues presented,

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

  The matter is remanded to the Commissioner pursuant to 42 U.S.C. § 405(g) for reconsideration of plaintiff's subjective complaints and nonexertional impairments, reassessment of plaintiff's residual functional capacity, and a determination, based upon the testimony of a vocational expert, whether plaintiff can perform any jobs that exist in significant numbers in the national economy.

  Dated: February 4, 2008

                s/ James K. Singleton, Jr.
                JAMES K. SINGLETON, JR.
                United States District Judge

---

[1] Michael J. Astrue substituted for Joanne Barnhardt as Commissioner of Social Security.  Fed. R. Civ. P. 17(d).