IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE P. MATTHIES,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MICHAEL J. ASTRUE,[1/] Commissioner of Social Security,<br><br>                    Defendant. | No. 2:05-cv-00820-JKS-GGH<br><br>ORDER RE: ATTORNEY'S FEES |

     At Docket No. 26 counsel for Plaintiff moved for an award of attorney's fees. The time for objecting to that motion has lapsed and Defendant has not filed an objection to the motion. The matter is submitted for decision on the moving papers.

     The Court having considered the moving papers finds that compensation at the rate of $175.00 per hour is reasonable. The court further finds that the 52.75 hours expended by counsel was reasonably necessary to the prosecution of this case. Applying the lodestar method, the court finds that Plaintiff's counsel is entitled to an award of attorney's fees in the amount of $9,231.25 (52.75 hours X $175.00/hour). *See Widrig v. Apfel*, 140 F.3d 1207 (9th Cir. 1998).

     IT IS HEREBY ORDERED THAT Counsel for the Plaintiff is awarded attorney's fees in the amount of $9,231.25.

     The Clerk of the Court is directed to enter the award of fees on the Judgment entered herein.

     Dated: April 3, 2008

                                                             s/ James K. Singleton, Jr.
                                                              JAMES K. SINGLETON, JR.
                                                              United States District Judge

---

     [1/] Michael J. Astrue substituted for Joanne Barnhardt as Commissioner of Social Security. Fed. R. Civ. P. 17(d).